# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** KEITH CURTIS COTHRAN

**Docket No.** 3:02CR00028(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Deborah S. Palmieri, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Keith Curtis Cothran who was sentenced to be imprisoned for a term of time served for a violation of 21 U.S.C.§ 841(a)(1) and (b)(1)(C), Possession with Intent to Distribute Heroin by the Honorable Robert N. Chatigny, Chief United States District Judge sitting in the court at Hartford, Connecticut on December 6, 2002, who fixed the period of supervision at 3 years which commenced on December 6, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant will return to Court on February 10, 2003 at 4:15 pm and periodically thereafter on a schedule to be established; (2) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment, either in-patient or out-patient, under the direction of the United States Probation Office; (3) The defendant will participate in a program of mental health evaluation, counseling, and treatment under the direction of the United States Probation Office; the defendant will pay all, or a portion of, the cost associated with his participation in these programs based on his ability to pay, in an amount to be determined by the United States Probation Office; and (4) The defendant will perform 300 hours of community service under the direction of the United States Probation Office.

On September 19, 2003, the defendant appeared before the Honorable Robert N. Chatigny, Chief United States District Judge sitting in the court at Hartford, Connecticut for a Violation of Supervised Release hearing and was sentenced to nine (9) months imprisonment followed by two years supervised release with the following special conditions: 1) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment, either in-patient or out-patient, under the direction of the United States Probation Office; (2) The defendant will participate in a program of mental health evaluation, counseling, and treatment under the direction of the United States Probation Office; the defendant will pay all, or a portion of, the cost associated with his participation in these programs based on his ability to pay, in an amount to be determined by the United States Probation Office; and (3) The defendant will perform 300 hours of community service under the direction of the United States Probation Office.

On June 14, 2005, the defendant commenced supervised release and on June 15, 2005, the conditions of supervised release were reviewed with the defendant and subsequently signed by the defendant and the probation officer.

## PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

SEE ATTACHED

**RESPECTFULLY PRAYING THAT THE COURT WILL ORDER** a warrant to issue tolling the period of supervised release so that Keith Curtis Cothran may appear before the court at Hartford, Connecticut to show cause why his supervised release should not be revoked.

**ORDER OF COURT**

Considered and ordered this 25TH day of April, 2006 and ordered filed and made a part of the records in the above case.

_____
The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By

*Deborah S. Palmieri*
Deborah S. Palmieri
Senior United States Probation Officer

Place: Hartford, CT

Date: April 25, 2006

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 25TH day of April 2006, at Hartford, Connecticut, Senior U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge

**Charge No. 1 - Special Condition**: "The defendant will participate in a program of substance abuse monitoring, counseling, and treatment, either in-patient or out-patient under the direction of the United States Probation Office."

Based on the offender's relapse with heroin he began intensive outpatient treatment at St. Raphael's Hospital on January 19, 2006 and completed this portion of the program on February 16, 2006. He was subsequently scheduled to begin relapse prevention groups on February 22, 2006. The offender did not attend this portion of the treatment program and was unsuccessfully discharged.

**Charge No. 2 - Mandatory Condition**: "The defendant shall refrain from any unlawful use of a controlled substance."

Between September 21, 2005 and February 16, 2006, Mr. Cothran provided six urine specimens that were positive for opiates.

**Charge No. 3 - Standard Condition**: "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

The offender did not report to the Probation Office on February 23, 2006 and March 7, 2006. Mr. Cothran did not submit a written monthly report for the month of April 2006. Efforts to locate Mr. Cothran have been unsuccessful. At this time Mr. Cothran's whereabouts are unknown and he is considered an obsconder.

**Charge No. 4 - Special Condition**: "The defendant shall perform 300 hours of community service under the direction of the United States Probation Office."

Mr. Cothran has not completed any community service hours.