AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

KEITH COTHRAN

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 02 CR 28 (RNC)

I, KEITH COTHRAN, charged in a (complaint) (petition) pending in this District with Violation of Supervised Release

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by ~~Rule 5 or~~ Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (~~examination~~) (hearing), do hereby waive (give up) my right to a preliminary (~~examination~~) (hearing).

_4/23/07_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant