UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 APR 23 P 3: 32

U.S. ......... URT

UNITED STATES OF AMERICA :

vs :      Criminal No: 02CR28

KEITH COTHRAN :

## APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The Office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment.

The Court has appointed __Paul Thomas__ from the Federal Public Defender's Office to represent the defendant. Counsel is directed to file an appearance on or before __5/2/07__.

Dated at New Haven, Connecticut, this 23rd day of April, 2007

Joan Glazer Margolis U.S.M.J.