UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | CASE NO. 3:02-CR-28(RNC) |
| : | |
| KEITH CURTIS COTHRAN : | |

ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

On December 19, 2002, the defendant was sentenced for possession of heroin with intent to distribute to time-served and supervised release for a term of 3 years subject to certain conditions.

On September 19, 2003, the defendant's term of supervised release was revoked and he was sentenced to the custody of the Bureau of Prisons for a period of 9 months, to be followed by a term of supervised release of 2 years subject to certain conditions.

On May 2, 2007, the defendant appeared with counsel for a hearing to determine if his supervised release should be revoked based on his violation of various conditions as alleged in an order to show cause dated April 25, 2006. At the hearing, the defendant admitted that he had violated the conditions requiring him to participate in drug treatment, refrain from unlawful use of a controlled substance, and report to the Probation Office. Based on the entire record, the Court found that the defendant had violated

these conditions and ordered that his term of supervised release be revoked.

Accordingly, the defendant's term of supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons to be imprisoned for a term of 6 months. Upon release from custody, the defendant will be on supervised release for a period of 9 months, subject to all applicable mandatory and standard conditions of supervised release, together with the following special conditions: (1) the defendant will successfully complete a residential drug treatment program under the direction of the United States Probation Office; (2) the defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the Probation Office; and (3) the defendant will pay all, or part of, the costs associated with his participation in the foregoing programs based on his ability to pay, in an amount to be determined by the Probation Office.

So ordered.

Dated at Hartford, Connecticut this 7th day of May 2007.

                            ___/s/_____
                                Robert N. Chatigny
                            United States District Judge